UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,* | : | CIVIL ACTION NUMBER<br>3:00cr227(SRU) |
| v. | : | |
| HECTOR CRUZ<br>*Defendant.* | : | OCTOBER 10, 2007 |

# APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the defendant, HECTOR CRUZ.

DATED: OCTOBER 10, 2007

DIANE POLAN
Law Offices of Attorney Diane Polan, LLC
129 Church Street, Suite 802
New Haven, CT 06510
Telephone: 203-865-5000
Facsimile: 203-865-2177
Federal Bar No. ct00223

## CERTIFICATION

This is to certify that a copy of the foregoing has been hand-delivered this 10th day of October, 2007, to the following counsel of record:

Office of the United States Attorney
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06605

_____
DIANE POLAN