Form 12B

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs.** HECTOR CRUZ

Docket No.   3:00CR227(SRU)

**FILED**

### Petition For Modification of Conditions or Term of Probation/Supervised Release
### with the Consent of the Offender

2008 APR 14 P 1: 37

U.S. DISTRICT COURT
BRIDGEPORT CONN

COMES NOW, , Charmaine R. Harkins, PROBATION OFFICER OF THE COUR, presenting an official report upon the conduct and attitude of Hector Cruz who was sentenced to 42 months', imprisonment followed by 5 years' supervised release for a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846, Conspiracy to Possess With Intent to Distribute and Distribution of Heroin and Cocaine Base, Stefan R. Underhill, United States District Judge, sitting in the court in Bridgeport, Connecticut on October 7, 2002, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows: The defendant shall participate in a program approved by the Probation Office for inpatient or outpatient substance abuse treatment and testing. The defendant shall pay all, or a portion of, the costs associated with treatment, based on the defendant's ability to pay as determined by the probation officer. Hector Cruz began supervision on November 4, 2005 and is scheduled to terminate on November 3, 2010.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On March 28, 2008, during his office visit, Mr. Crus disclosed that he was feeling suicidal and had been thinking about jumping from a bridge near his house a couple of days ago. He also thought about taking an overdose of pills last week.

## PRAYING THAT THE COURT WILL ORDER that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
☒ To modify the conditions of supervision as follows:

The defendant shall participate in a program approved by the Probation Office for inpatient or outpatient mental health treatment. The defendant shall pay all, or a portion of, the costs associated with treatment based on the defendant's ability to pay as determined by the probation officer.

Defense Counsel Diane Polan agrees to this modification. AUSA Alina Reynolds has been notified. The Waiver of Hearing to Modify Conditions is attached.

## ORDER OF COURT

Considered and ordered this _2nd_ day of ~~March~~ *April* 2008 and ordered filed and made a part of the records in the above case.

_/s/ Stefan R. Underhill, USDJ_

Stefan R. Underhill
United States District Judge

Respectfully Submitted,

*Charmaine R. Harkins*

Charmaine R. Harkins
United States Probation Officer

Place:  Hartford, Connecticut

Date:  *March 31, 2008*

us